UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAUL DISANO

    v.                                                                                                            C.A. 13-707 ML

CAROLYN COLVIN
Commissioner of the Social Security
Administration

## ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Magistrate Judge Almond on October 14, 2014 (Docket #14). Magistrate Judge Almond recommends that Plaintiff's Motion to Reverse be denied, and, because there is substantial evidence in the record to support the Commissioner's decision and finding that Plaintiff is not disabled, that the Commissioner's Motion for an Order Affirming the Decision of the Commissioner be granted. The Commissioner has filed a lengthy and comprehensive response to Plaintiff's objections.

This Court has reviewed the Report and Recommendation, Plaintiff's objections and the Commissioner's response. The Court agrees with Magistrate Judge Almond's conclusion that there is substantial evidence in the record to support the Commissioner's decision that Plaintiff is not disabled within the meaning of the Social Security Act. The Court further finds that both the Magistrate Judge and the Administrative Law Judge properly applied applicable law to the record facts. Moreover, the Commissioner's response thoroughly addresses the failings of each of Plaintiff's objections.

Accordingly, this Court adopts the Report and Recommendation in its entirety. Plaintiff's

Motion to Reverse is DENIED; the Commissioner's Motion to Affirm the Decision of the

Commissioner is GRANTED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
November 5, 2014